# RESOLUTION REGARDING COMMENCEMENT
# OF CHAPTER 11 REORGANIZATION AND RELATED MATTERS

## August 25, 2024

Effective as of the date written above, the undersigned, being the Manager and majority interest holder of Dlinas Properties, LLC (the **"Manager"**) with authority over Dlinas Properties, LLC, a Limited Liability company registered in the state of Maryland (the **"DLINAS""'"),** takes the following actions and adopts, approves, and ratifies the following resolutions:

WHEREAS, the Manager has considered presentations by the members and the financial and legal advisors of the DLINAS regarding the liabilities and liquidity situation of the DLINAS, the strategic alternatives available to the DLINAS and the effect of the foregoing on the DLINAS's business objective;

WHEREAS, the Manager has consulted with the management and the financial and legal advisors of the DLINAS and fully considered each of the strategic alternatives available to the DELINAS; and

WHEREAS, the Manager has sought and obtained the approval of the filing of the Chapter 11 Case (as defined below) from the DLINA's member in accordance to the Operating Agreement..

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the DLINAS, its creditors, and other parties in interest, that the DLINAS shall be, and is, authorized to file or cause to be filed a voluntary petition for relief (the **"Chapter 11 Case")** under the provisions of chapter 11 of title 11 of the United States Code (the **"Bankruptcy Code")** in the United States Bankruptcy Court for the District of Maryland (the **"Bankruptcy Court');**

FURTHER RESOLVED, that the Manager (the **"Authorized Officer")** be, and is, authorized, empowered and directed to execute and file in the name of and on behalf of the DLINAS all petitions, schedules, lists, applications, and motions, papers, instruments and documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the DLINAS's businesses;

FURTHER RESOLVED, Authorized Officer be, and is, authorized and directed to employ in the name of and on behalf of the DLINAS any other professionals to assist the DLINAS in carrying out its duties under the Bankruptcy Code and other applicable laws, regulations, and rules in the ordinary course of the DLINAS's mission and ministry; and in connection with the foregoing, the Authorized Officer, with power of delegation, is authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

RESOLVED, that, in addition to the specific authorizations conferred upon the Authorized Officer, the Authorized Officer (and his designees and delegates) be, and is, authorized and empowered, in the name of and on behalf of the DLINAS, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Officer's (or his designee or delegate') judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of these resolutions;

IN WITNESS WHEREOF, the undersigned has executed this consent as of the date firs written above.

Jaime B. Palacios
Manager/Member