Entered: August 28th, 2024
Signed: August 28th, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **24–17191 – DER**    Chapter: **11**

**DLinas Properties, LLC**
Debtor

## ORDER DISMISSING CASE FOR FAILURE TO
## COMPLY WITH LOCAL BANKRUPTCY RULE 1002–1

The above–referenced matter was filed on August 27, 2024 and does not meet the following requirements of Local Bankruptcy Rule 1002–1(a):

- ☐ Debtor did not file a Certificate of Credit Counseling or request for waiver pursuant to 11 U.S.C. § 109(h)(3) or 109(h)(4) and debtor has not checked the block on the voluntary petition stating that debtor received approved budget and credit counseling during the 180–day period preceding the filing of the petition.
- ☐ Submission of the prescribed filing fee or an application to pay the required fee in installments.
- ☐ Evidence of the debtor's signature.
- ☐ Submission of the master mailing matrix.
- ☐ Submission of the list of twenty (20) largest unsecured creditors in a Chapter 11 case.
- ☑ Debtor is not an individual and is not represented by an attorney who is a member of the bar of the District Court.
- ☐ Debtor is a person who, under either 11 U.S.C. § 109 (g) or an order of court, may not be a debtor at the time of the submission of the petition.
- ☐ Debtor's Social Security Number not provided pursuant to Local Bankruptcy Rule 1002–1(a)(7).

WHEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case be dismissed.

cc:  Debtor
     Attorney for Debtor – PRO SE
     U.S. Trustee
     Finance

**End of Order**

15x02 (rev. 12/01/2015) – KizzyFraser