USBC-MD B FILED MAIL
6 SEP '24 PM 1:25

## UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND

DLINAS PROEPRTIES, LLC       CASE NO: 24-17191

### REQUEST FOR REFUND OF FILING FEES

On August 27, 2024 I filed a pro se, Chapter 11 bankruptcy on behalf of my company DLINAS PROPERTIES, LLC and I paid the $1738.00 filing fees to the clerk. Attached please find receipt and Order Dismissing Case.

1. On August 28, 2024, the case was dismissed due that debtor is not an individual or member of the bar of the District Court.
2. The Clerk erroneously took the filing fee and opened the case, knowing that I did not qualify to make such filing.
3. The Clerk should have informed me that the application could not be filed.

I request a refund for the moneys paid that were paid from my personal funds and not from the company account.

Please mail the refund check and payable to:

Jaime B. Palacios
7777 Leesburg Pike, Suite 303N
Falls Church, VA 22043

By submitting this form, I attest that all information is accurate, and I am authorized to make this request.

_____
Jaime B. Palacios

___08/27/20224_____
Date of Payment

22001816_____
Receipt Number

**Full docket text:**
Chapter 11 filing fee paid. Receipt Number 22001816. Fee Amount $ 1,738.00 received by DA. (admin)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/04/2024 | | | |
| **PACER Login:** | ~~~~ | **Client Code:** | ~~~~ |
| **Description:** | History/Documents | **Search Criteria:** | 24-17191 Type: History |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Entered: August 28th, 2024
Signed: August 28th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **24−17191 − DER**    Chapter: **11**

**DLinas Properties, LLC**
Debtor

### ORDER DISMISSING CASE FOR FAILURE TO
### COMPLY WITH LOCAL BANKRUPTCY RULE 1002−1

The above−referenced matter was filed on August 27, 2024 and does not meet the following requirements of Local Bankruptcy Rule 1002−1(a):

- ☐ Debtor did not file a Certificate of Credit Counseling or request for waiver pursuant to 11 U.S.C. § 109(h)(3) or 109(h)(4) and debtor has not checked the block on the voluntary petition stating that debtor received approved budget and credit counseling during the 180−day period preceding the filing of the petition.
- ☐ Submission of the prescribed filing fee or an application to pay the required fee in installments.
- ☐ Evidence of the debtor's signature.
- ☐ Submission of the master mailing matrix.
- ☐ Submission of the list of twenty (20) largest unsecured creditors in a Chapter 11 case.
- ☒ Debtor is not an individual and is not represented by an attorney who is a member of the bar of the District Court.
- ☐ Debtor is a person who, under either 11 U.S.C. § 109 (g) or an order of court, may not be a debtor at the time of the submission of the petition.
- ☐ Debtor's Social Security Number not provided pursuant to Local Bankruptcy Rule 1002−1(a)(7).

WHEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case be dismissed.

cc:    Debtor
       Attorney for Debtor − PRO SE
       U.S. Trustee
       Finance

**End of Order**

15x02 (rev. 12/01/2015) − KizzyFraser