Entered: September 20th, 2024
Signed: September 19th, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **24–17191 – DER**   Chapter: **11**

**DLinas Properties, LLC,**
Debtor.

## ORDER DENYING
## REQUEST FOR REFUND OF FILING FEES

      The principal of the Debtor, Jaime B. Palacios, filed a Request for Refund of Filing Fees [Docket No. 12] (the "Request") asking the Court for a refund of the filing fees because the clerk of the court "erroneously took the filing fee and opened the case, knowing that I did not qualify to make such a filing." The Debtor's case was promptly dismissed pursuant to Local Rule 1002−(1)(a)(5), which requires a debtor who is not an individual to be represented by an attorney.

      Pursuant to FRBP 5005(a)(1), "[t]he clerk shall not refuse to accept for filing any petition or other paper presented for the purpose of filing solely because it is not presented in proper form as required by these rules or any local rules or practices."  In addition to the Federal Rules requiring the clerk to accept pleadings whether they are proper or not, the clerk's office where debtors file their petitions has a disclaimer posted regarding the serious impact of filing a bankruptcy case without consulting an attorney. Similarly, the official instructions to the voluntary petition includes a warning message that "[n]on−individual debtors must be represented by an attorney." Regardless of whether a debtor is eligible to be a debtor or whether their case is ultimately successful, the work required of the clerk and the Court is still performed. For these reasons, it is, by the United States Bankruptcy Court for the District of Maryland,

      ORDERED, that the Request for Refund of Filing Fees is hereby denied.

cc:   Debtor
      Attorney for Debtor – PRO SE
      U.S. Trustee

**End of Order**